RONALD GAINOR, Esq.
150 West Flagler Street
Suite 2701
Miami, Fl. 33130
(305) 371-4244 (office)
(305) 371-5930 (fax)
Gainorlaw@gmail.com

Attorney for Defendant Brandi C. Aycock

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO. CR 07-00788-JF-8 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION REGARDING TRAVEL** |
| | ) | **AND LIMITED RELEASE OF** |
| **BRANDI C. AYCOCK,** | ) | **PASSPORT IN FAVOR OF** |
| | ) | **BRANDI AYCOCK** |
| Defendant. | ) | |

It is hereby stipulated between counsel for Defendant Brandi Aycock and counsel for the United States of America that Ms. Aycock be allowed to travel (and be provided her passport to facilitate such travel) for business purposes from Fort Lauderdale, Florida to Nurenburg and Erlangen, Germany on September 24, 2011 and returning to Fort Lauderdale, Florida on September 30, 2011. Ms. Aycock has always been and is presently in full compliance with all bond conditions. Ms. Aycock's Pretrial Services Officer, Kristen Moberg, has no objection to the stipulated travel. Ms. Aycock shall surrender her passport to Pretrial Services within 48 hours of her return.

Dated: August 30, 2011

                                                          Law Offices of Ronald Gainor,

                                                          /s/ Ronald Gainor
                                                          Attorney for Brandi Aycock

                                                          United States of America,

                                                          /s/ Jeffrey Nedrow
                                                          Attorney for the United States of America

# ORDER

**UPON THE STIPULATION OF** the Defendant Brandi Aycock and the United States of America and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT** Defendant Brandi Aycock is authorized to travel to Nurenberg and Erlangen, Germany from September 24, 2011 to September 30, 2011, and it is further **ORDERED** that PreTrial Services shall release Ms. Aycock's passport to allow such travel. Ms. Aycock shall return her passport to Pretrial Services within 48 hours of her return to the United States.

Dated: September 6, 2011

_____
UNITED STATES MAGISTRATE JUDGE