Allen H. Schwartz, SBN 108126
Attorney at Law
111 W. St. John Street, Suite 555
San Jose, CA 95113
Tel: (408) 298-9494
Fax: (408) 298-4551

Attorney for Defendant LIMOR GEFEN

**FILED**

SEP 1 2 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 07- 00788 JF |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR DEFENDANT'S TEMPORARY ABSENCE FROM COURT'S JURISDICTION |
| v. | |
| LIMOR GEFEN, et al., | |
| Defendants. | |

Defendant, Limor Gefen, through her counsel Allen H. Schwartz, respectfully requests leave of court for defendant Gefen to travel to Las Vegas, Nevada for vacation from October 30, 2011 through November 1, 2011. Defendant Gefen has thus far abided by all terms and conditions of her release from custody, and has made all her court appearances. This brief absence from the bay area will not interfere with any future court date. The prosecutor, Jeffrey Nedrow, and pre-trial officer, Gelareh Farahmand, have been notified and have

1

no objection.

Dated: August 15, 2011

Respectfully submitted,

/s/

_____
ALLEN H. SCHWARTZ
Attorney for Defendant

ORDER

Based upon the representation of counsel and the facts set forth, and good cause appearing,

IT IS HEREBY ORDERED that the defendant, Limor Gefen, is granted leave to travel to Las Vegas, Nevada, from October 30th through November 1, 2011.

Dated: 9/12/11

_____
HON. JEREMY FOGEL
United States District Judge

2