# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br>v.<br><br>RANDY W. GOLDBERG,<br><br>*Defendant*. | CASE NO.: CR-07-00788-LHK<br><br>**ORDER WAIVING UNDERSIGNED COUNSEL AND DEFENDANT'S PERSONAL APPEARANCE AT STATUS CONFERENCE** |

THIS CAUSE came before the Court on Defendant RANDY W. GOLDBERG'S Unopposed Motion to Waive Undersigned Counsel and Defendant's Personal Appearance at Status Conference. The Court being advised that the United States Attorney's Office concurs with this Motion, and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the Defendant's motion is hereby GRANTED.

1. Undersigned counsel is permitted to appear telephonically on February 1, 2012; and

2. Further, MR. GOLDBERG is excused from personally appearing before this Court on February 1, 2012.

DONE and ORDERED this 24th day of January 20 12, in Chambers, in San Jose, California.

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Copies furnished to counsel of record.

{M2710224;1}