# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 07-00788 LHK |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] ORDER GRANTING |
| | ) | DEFENDANT BRANDI C. AYCOCK'S |
| v. | ) | APPLICATION TO EXCUSE |
| | ) | PRESENCE AT STATUS |
| | ) | CONFERENCE |
| BRANDI C. AYCOCK, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**UPON APPLICATION OF** defendant Brandi C. Aycock and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Brandi C. Aycock's Unopposed Application to Excuse Presence at Status Conference is hereby **GRANTED**.

Dated: January 26, 2012

*/s/ Lucy H. Koh*
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE