UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

DAVID R. LAMONDIN,

    Defendant.

No. CR 11-00821-LHK-9

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO WAIVE DEFENDANT'S APPEARANCE**

The Court GRANTS Defendant Lamondin's motion to waive his appearance at the February 1, 2012 Status Conference and Hearing on Discovery Motions and the March 21, 2012 Hearing on Defendants Goldberg, Gefen and Rangel's Motion to Dismiss Indictment Due to Speedy Trial Act Violation.

The Court DENIES WITHOUT PREJUDICE Defendant Lamondin's motion to waive his appearance at the April 4, 2012 Status Conference and Hearing on Pretrial Motions and Motions in Limine.

The Court DENIES WITH PREJUDICE Defendant Lamondin's motion to waive his appearance at the July 11, 2012 Final Pretrial Conference.

**IT IS SO ORDERED**.

Dated: January 27, 2012

LUCY H. KOH
United States District Judge