# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
        Plaintiff, )  CR No.: CR 07-00788 JF
        v. ) [PROPOSED] ORDER FOR
AMIT EZYONI, et.al., ) EXTENSION OF TIME FOR
        Defendants. ) NOTIFICATION OF
) DEFENSE EXPERTS

FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED that the date of January 31, 2012, for notification of defense experts be extended to February 28, 2012.

IT IS SO ORDERED.

DATE: 1/31/12

LUCY H. KOH
UNITED STATES DISTRICT JUDGE

STIP AND [PROPOSED] ORDER

- 4 -