Mark D. Eibert (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Defendant Daniel Rangel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL RANGEL,<br><br>    Defendant. | CR NO. 07-00788 LHK (NJV)<br><br>(1) ***UNOPPOSED*** MOTION TO WAIVE DEFENDANT'S PERSONAL APPEARANCE AT HEARING, AND<br><br>(2) [P~~ROPOSED~~] ORDER THEREFORE<br><br>Date: ~~February~~ March 21, 1, 2012<br>Time: 10:00 a.m. |

At the November 4, 2011 case management conference, at the request of government counsel, the Court ordered that "[f]or each future court proceeding, any defendant who will not attend the proceeding in person must file one week in advance of the court proceeding a declaration under penalty of perjury stating that the defendant is aware of the court proceeding and knowingly and voluntarily waivers his or her right to attend the court proceeding." Minute Order (Docket #380).

Attached hereto is a declaration by Mr. Rangel waiving his personal appearance at the March 21 hearing as required by the Court's Orders. It was read to him by a Spanish interpreter.

The government attorney, Mr. Nedrow, has graciously stated that he does not oppose Mr. Rangel waiving his appearance at the March 21 hearing.

For the foregoing reasons, Mr. Daniel Rangel respectfully asks this Court to enter the Order below waiving Mr. Rangel's personal appearance at the March 21 hearing.

Dated: March 9, 2012              Respectfully submitted,


                                  */s/ Mark D. Eibert*

                                  MARK D. EIBERT
                                  Attorney for Defendant Daniel Rangel

## **ORDER**

Good cause appearing therefore, it is hereby ORDERED that defendant Daniel Rangel is excused from attending the March 21, 2012 hearing in the above case.

Dated: March  13 , 2012

_____
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE