IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00788 LHK |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER GRANTING** |
| | ) | **UNOPPOSED *EX PARTE*** |
| v. | ) | **APPLICATION TO EXCUSE** |
| | ) | **DEFENDANT SARIOL'S PERSONAL** |
| AMIT M. EZYONI, et al., | ) | **PRESENCE** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Upon application of defendant Christopher Sariol, it is hereby ordered that Mr. Sariol shall be excused from appearing personally at the motions hearing/case management conference of March 21, 2012, at 10:00 a.m., pursuant to Rule 43(c) of the Federal Rules of Criminal Procedure and may participate in the hearing telephonically.

Dated: March 13, 2012

_____
HON. LUCY H. KOH
United States District Judge

[Proposed] Order Granting Unopposed *Ex Parte*
Application to Excuse Defendant Sariol's
Personal Presence
CR 07-00788 LHK                    1