# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EDUARDO SUBIRATS,<br><br>    Defendant. | No. CR 07-00788 LHK<br><br>[~~PROPOSED~~] ORDER WAIVING DEFENDANT'S PERSONAL PRESENCE<br><br>Date: March 21, 2012,<br>Time  10:00 a.m. |

UPON APPLICATION OF the defendant, EDUARDO SUBIRATS, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT EDUARDO SUBIRATS' personal presence at the status date of March 21, 2012, is hereby waived under F.R.Cr.P. 43(c).

Dated: 3/14/12

_____
*Lucy H. Koh*
UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] ORDER WAIVING
PERSONAL PRESENCE    - 1 -