**ORDER**

Good cause appearing therefore, it is hereby ORDERED that defendant David Lamondin is excused from attending the March 21, 2012 hearing in the above case.

Dated: March ___, 2012

_____
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE

Denied. Defendant must file a declaration pursuant to this Court's orders.

3/15/12

*Lucy H. Koh*
_____
U.S. District Judge