## ORDER

Good cause appearing therefore, it is hereby ORDERED that defendant David Lamondin is excused from attending the March 21, 2012 hearing in the above case.

Dated: March 19, 2012

HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE