IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00788 LHK |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER GRANTING UNOPPOSED *EX PARTE*** |
| | ) | |
| v. | ) | **APPLICATION TO EXCUSE DEFENDANT SARIOL'S PERSONAL PRESENCE** |
| | ) | |
| AMIT M. EZYONI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Upon application of defendant Christopher Sariol, it is hereby ordered that Mr. Sariol shall be excused from appearing personally at the status hearing conference of March 28, 2012, at 11:00 a.m., pursuant to Rule 43(c) of the Federal Rules of Criminal Procedure.

Dated: March 26, 2012

_____
HON. LUCY H. KOH
United States District Judge