UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 07-CR-788-LHK |
| Plaintiff, | ) | |
| v. | ) | ORDER REFERRING DEFENDANTS LAMONDIN, RANGEL AND GEFEN TO DISTRICT JUDGE SETTLEMENT CONFERENCE |
| EZYONI, ET AL., | ) | |
| Defendants. | ) | |

Defendants Lamondin, Rangel and Gefen are hereby referred to U.S. District Judge D. Lowell Jensen for a settlement conference. Counsel for Defendants and the Government are to contact Judge Jensen's Courtroom Deputy, Jackie Garcia, at Jackie_Garcia @cand.uscourts.gov as soon as possible to schedule the Settlement Conference.

**IT IS SO ORDERED.**

Dated: March 28, 2012

_____
LUCY H. KOH
United States District Judge