IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00788 LHK |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER RE DISCLOSURE |
| | ) | AND FILING OF PRIOR *IN CAMERA* |
| vs. | ) | COMMUNICATION |
| | ) | |
| CHRISTOPHER SARIOL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Good cause appearing and by stipulation of the affected parties, it is hereby ordered:

1. That counsel for Mr. Nass shall submit for filing under seal no later than April 13, 2012, a true and correct copy of the *in camera* communication referenced by the Court in the status hearing of May 17, 2011;

2. That counsel for Mr. Nass shall produce to both the government and counsel for Mr. Sariol a true and correct copy of the *in camera* written communication, subject to redaction of attorney work product;

3. That counsel for Mr. Sariol and the government shall not further distribute copies or otherwise disclose the contents of the *in camera* written communication except in pleadings before this or any other Court;

///

[~~Proposed~~] Protective Order
CR 07-00788 LHK             1

4. That any pleadings disclosing the contents of the *in camera* written communication shall be filed under seal, absent further order of this Court upon notice to Mr. Nass.

It is so ordered.

Dated: April 13, 2012

_____
HON. LUCY H. KOH
United States District Judge