IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00788 LHK |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER DIRECTING GEO CARE TO PERMIT DEFENDANT SARIOL'S ABSENCE FROM 111 TAYLOR STREET FACILITY |
| v. | ) | |
| AMIT M. EZYONI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Upon application of defendant Christopher Sariol and good cause appearing, it is hereby ordered that the Geo Care facility at 111 Taylor Street in San Francisco shall permit resident and defendant Christopher Sariol to depart from and return to the facility without restriction between the hours of 6 a.m. and 11 p.m.

Dated: April 27, 2012

*Lucy H. Koh*
HON. LUCY H. KOH
United States District Judge

[~~Proposed~~] Order Directing Geo Care to Permit
Defendant's Absence from Facility
CR 07-00788 LHK 1