UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 07-CR-788-LHK |
| | ) | |
| Plaintiff, | ) | ORDER RE: SETTLEMENT STATUS REPORTS |
| v. | ) | |
| | ) | |
| EZYONI, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

By 5 p.m. on Friday, June 8, 2012, all Defendants, except for Defendant Goldberg, must file a settlement status report.

**IT IS SO ORDERED.**

Dated: May 31, 2012

LUCY H. KOH
United States District Judge