UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR07-00788-11 LHK |
| Plaintiff, | [Proposed] UNOPPOSED ORDER FOR RETURN OF DEFENDANT'S PASSPORT |
| vs. | |
| STUART SHEINFELD, | |
| Defendant. | |

For the reasons stated on the record at the sentencing hearing in this matter, IT IS HEREBY ORDERED that the defendant's passport shall be returned to him by the U.S. Pretrial Services Agency and/or the Clerk of this Court.

Dated: ___May 30___, 2012

_____
LUCY H. KOH
United States District Judge