UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>STUART SHEINFELD,<br><br>        Defendant. | CR07-00788-11 LHK<br><br>[~~Proposed~~] UNOPPOSED ORDER TERMINA-<br>TING REQUIREMENT THAT DEFENDANT<br>MAKE PAYMENTS FOR FUNDING COUNSEL<br>APPOINTED PURSUANT TO CRIMINAL<br>JUSTICE ACT |

For the reasons stated on the record at the sentencing hearing in this matter, IT IS HEREBY ORDERED that the order previously entered (Document 252) requiring defendant to make payments for funding counsel appointed pursuant to the Criminal Justice Act is terminated.

Dated: ___May 30___, 2012

_____
LUCY H. KOH
United States District Judge